# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GREGORY NAVARRE (#87501)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 13-555-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 17, 2014. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Partial Summary Judgment*[4] is GRANTED and a *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 15 day of May, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16.
[4] Rec. Doc. 9.